UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA S. JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-08-0352-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 19)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.  The parties' stipulated Motion for Remand **(Ct. Rec. 19)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will obtain additional evidence from Plaintiff's treating spruces to clarify the severity of Plaintiff's mental impairments, to include medical source

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

statements; the ALJ will re-evaluate the severity of Plaintiff's mental impairments pursuant to 20 C.F.R. §§ 404.1520a and 416.920a; the ALJ will re-evaluate all the medical source opinions of record, including the opinions of Ms. Sjostrom and Dr. Dalley (Tr. 261-67), Dr. Sikora (Tr. 355-56), Dr. Hoover (Tr. 382-87), Ms. Pinter (Tr. 389-93), and Ms. Soule (Tr. 420-21); the ALJ will re-evaluate Plaintiff's subjective complaints; the ALJ will re-evaluate Plaintiff's residual functional capacity; the ALJ will re-evaluate Plaintiff's ability to perform her past relevant work as a home attendant; and if necessary, the ALJ will obtain supplemental vocational expert testimony at step five of the sequential evaluation.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 16, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2