1

2

3

4        UNITED STATES DISTRICT COURT

5        EASTERN DISTRICT OF WASHINGTON

6  TINA S. JACKSON,                    )
                                       )
7        Plaintiff,                    )
                                       )   NO.  CV-08-352-CI
8        v.                            )
                                       )   **JUDGMENT IN A
9  MICHAEL J. ASTRUE,                  )    CIVIL CASE**
   Commissioner of Social Security,    )
10                                      )
         Defendant.                     )
11 _____)

12       **STIPULATION BY THE PARTIES**:

13       The parties have stipulated to the remand of the captioned matter pursuant to

14 sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that**:**

16       The matter is **REVERSED and REMANDED** for additional proceedings pursuant

17 to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18       DATED: July 22, 2009

19                                      JAMES R. LARSEN
20                                      District Court Executive/Clerk

21                                      s/ L. Stejskal
                                        Deputy Clerk
22

23

24

25

26

27

28